AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

HOULIHAN, LOKEY, HOWARD & ZUKIN, INC, and HLHZ INVESTMENTS, LLC,

    Plaintiffs,

-against-

KENNETH A. WASIK,

    Defendant.

**APPEARANCE**

Case Number: 07 CV 7030 (SHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Kenneth A. Wask

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/8/2007 | *[signature]* |
| Date | Signature |
| | Domenique Camacho Moran — DM 1048 |
| | Print Name / Bar Number |
| | Farrell Fritz, P.C. |
| | 1320 RexCorp Plaza |
| | Address |
| | Uniondale, NY  11556-1320 |
| | City / State / Zip Code |
| | (516) 227-0700   (516) 227-0777 |
| | Phone Number / Fax Number |