USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/07

Steven B. Feigenbaum (SF-1711)
LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 308-6100
Attorneys for Plaintiffs
Houlihan, Lokey, Howard & Zukin, Inc.
and HLHZ Investments, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOULIHAN, LOKEY, HOWARD & ZUKIN, INC.,
and HLHZ INVESTMENTS, LLC,

        Plaintiffs,

   -against-

KENNETH A. WASIK,

        Defendant.

Case No. 07 CV 7030 (SHS)

SCHEDULING ORDER

---

    Plaintiff Houlihan, Lokey, Howard & Zukin, Inc. ("Houlihan") having moved pursuant to Fed. R. Civ. P. 65(b) for a temporary restraining order, preliminary injunction and expedited discovery as against defendant Kenneth A. Wasik ("Wasik"); and

    The Court having entered an Order to Show Cause dated August 7, 2007 setting certain deadlines for discovery and briefing on Houlihan's motion; and

    Houlihan having moved, by letter dated August 22, 2007, for an adjournment of the deadlines set forth in the Order to Show Cause, and [*def. having opposed that in a letter dated 8/23,*] good cause appearing therefor, it is hereby:

    ORDERED that discovery on Houlihan's application for a preliminary injunction, shall proceed on an expedited basis and shall be concluded no later than October 3, 2007;

ORDERED that supplemental papers in support of the motion shall be served, with a courtesy copy for Chambers, upon Wasik's attorneys so as to be received by 5:00 p.m. on October 12, 2007;

ORDERED that opposing papers are to be served, with a courtesy copy for Chambers, upon Houlihan's attorneys so as to be received by 5:00 p.m. on October 26, 2007;

ORDERED that reply papers shall be served upon Wasik's counsel so as to be received not later that 5:00 p.m. on November 2, 2007; and it is further

ORDERED, that oral argument on Houlihan's motion shall take place on November 13, 2007 at ~~noon.~~ 10 A.M.

Dated:   New York, New York
         August 22, 2007

_____
UNITED STATES DISTRICT JUDGE