## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2007, I caused a true and correct copy of an **ANSWER**, enclosed to be served in accordance with the rules and requirements of ECF and by Federal Express upon the following:

> Steven B. Feigenbaum, Esq.
> Levi Lubarsky & Feigenbaum LLP
> 1185 Avenue of the Americas, 17th Floor
> New York, NY 10036
> (212) 308-6100

_____
Debbie Chun (DS 6236)

FFDOCS1\755500.01