## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2007, I caused a true and correct copy of an **AMENDED ANSWER**, enclosed to be served in accordance with the rules and requirements of ECF and by Federal Express upon the following:

>Steven B. Feigenbaum, Esq.
>Levi Lubarsky & Feigenbaum LLP
>1185 Avenue of the Americas, 17th Floor
>New York, NY 10036
>(212) 308-6100

_____
Debbie Chun (DS 6236)

FFDOCS1\755500.01