Steven B. Feigenbaum (SF-1711)
LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 308-6100
Attorneys for Plaintiffs
Houlihan, Lokey, Howard & Zukin, Inc.
and HLHZ Investments, LLC



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOULIHAN, LOKEY, HOWARD & ZUKIN, INC.,
and HLHZ INVESTMENTS, LLC,

              Plaintiffs,

-against-

KENNETH A. WASIK,

              Defendant.

Case No. 07 CV 7030 (SHS)

SCHEDULING ORDER

---

       Plaintiff Houlihan, Lokey, Howard & Zukin, Inc. ("Houlihan") having moved pursuant to Fed. R. Civ. P. 65(b) for a temporary restraining order, preliminary injunction and expedited discovery as against defendant Kenneth A. Wasik ("Wasik"); and

       The Court having entered an Order to Show Cause dated August 7, 2007 setting certain deadlines for discovery and briefing on Houlihan's motion; and

       Houlihan having moved, by letter of counsel dated August 22, 2007, for an adjournment of the deadlines set forth in the Order to Show Cause, and the Court having entered a Scheduling Order dated August 23, 2007 revising the deadlines for discovery and briefing on the motion; and

The parties having requested, by letter of Houlihan's counsel dated September 24, 2007, a further adjournment of the deadlines set forth in the Scheduling Order, and good cause appearing therefor, it is hereby:

ORDERED that discovery on Houlihan's application for a preliminary injunction shall proceed on an expedited basis and shall be concluded no later than October 17, 2007;

ORDERED that supplemental papers in support of the motion shall be served, with a courtesy copy for Chambers, upon Wasik's attorneys so as to be received by 5:00 p.m. on October 26, 2007;

ORDERED that opposing papers are to be served, with a courtesy copy for Chambers, upon Houlihan's attorneys so as to be received by 5:00 p.m. on November 9, 2007;

ORDERED that reply papers shall be served upon Wasik's counsel so as to be received not later that 5:00 p.m. on November 16, 2007; and it is further

ORDERED, that oral argument on Houlihan's motion shall take place on November 30, 2007 at 11:30 a.m.

Dated:   New York, New York
         September 27, 2007

                                            _____
                                            UNITED STATES DISTRICT JUDGE