Steven B. Feigenbaum (SF-1711)
LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York 10036
(212) 308-6100
Attorneys for Plaintiffs
Houlihan, Lokey, Howard & Zukin, Inc. and
HLHZ Investments, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOULIHAN, LOKEY, HOWARD & ZUKIN, INC.
and HLHZ INVESTMENTS, LLC,

                    Plaintiffs,

         -against-

KENNETH A. WASIK,

                    Defendant.

---

Case No. 07 CV 7030 (SHS)

NOTCE OF MOTION

      PLEASE TAKE NOTICE that, upon the annexed declaration of Christopher Crain dated October 24, 2007, and all exhibits thereto, the annexed affidavit of Steven B. Feigenbaum, sworn to October 24, 2007, the annexed Statement under Rule 56.1 of the Local Civil Rules, and the accompanying memorandum of law, and upon all prior pleadings and proceedings previously had herein, plaintiffs Houlihan, Lokey, Howard & Zukin, Inc. and HLHZ Investments, LLC will move this Court, as soon as counsel may be heard, for an Order granting plaintiffs (i) summary judgment on the ninth and part of the tenth causes of action in their complaint, and (ii) for such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b), defendant's affidavits in opposition to the motion and answering memorandum shall be served

within ten business days after service of the motion papers; and plaintiffs' reply affidavits and memoranda shall be served within five business days after service of answering papers.

Dated:   New York, New York
         October 24, 2007

                                       LEVI LUBARSKY & FEIGENBAUM LLP

                                       By: _____
                                            Steven B. Feigenbaum (SF-1711)
                                      1185 Avenue of the Americas, 17th Floor
                                      New York, New York  10036
                                      (212) 308-6100
                                      Attorneys for Plaintiffs Houlihan, Lokey,
                                      Howard & Zukin, Inc. and HLHZ Investments, LLC

TO:   Farrell Fritz, P.C.
      Attn:  Domenique Camacho Moran, Esq.
      1320 RexCorp Plaza
      Uniondale, New York 11556-1320
      (516) 227-0700
      Attorneys for Defendant Kenneth A. Wasik