**HLHZ INVESTMENTS, LLC**
1930 Century Park West
Los Angeles, CA 90067

May 24, 2007

Mr. Kenneth Wasik
68 Prospect Street
Madison, NJ 07940

Dear Ken:

  Reference is hereby made to those certain promissory notes issued by you in favor of HLHZ Investments, LLC (copies of which are attached hereto), one of which is dated May 25, 2006 (the "May Note") and two of which are dated June 1, 2006 (the "June Notes" and, together with the May Note, the "Notes"). The May Note states that all principal and interest owing on such Note was due and payable on April 30, 2007. The June Notes state that all principal and interest owing on such Notes is "automatically due and payable . . . upon a 'Separation Event'," which includes the termination of your employment with Houlihan Lokey for any reason. Your resignation from the Firm, which was effective May 21, 2007, was a "Separation Event" under the June Notes. The total amount of unpaid principal and interest (through May 24, 2007) now due and payable under the Notes is $464,013.90, the detail of which is set forth on the attached schedule. Pursuant to the Notes, HLHZ Investments, LLC hereby demands payment in full of the foregoing amount plus accrued interest through and including the date of payment.

  As stated in each of the Notes, you agreed to pay and we will hold you responsible for "all costs and expenses of collection, including attorneys' fees, in the event this Note is not paid when due and whether or not suit is filed."

  Please contact me no later than Tuesday, May 29, 2007 as to when you will make payment in full on the Notes. We reserve the right to take any and all legal action to enforce our rights under the Notes.

Very truly yours,

HLHZ INVESTMENTS, LLC

By:  Houlihan, Lokey, Howard & Zukin, Inc.,
   Its Manager

By:  _____
   Christopher M. Crain
   Senior Vice President and General Counsel

HLHZ Investments, LLC
N/P - Ken Wasik
As of May 24, 2007

| Description | Period | Principal | Interest |
|---|---|---|---|
| FRAM A Note | 4/1/07-5/24/07 | 218,000.00 | 3,521.96 |
| FRAM B Note | 4/1/07-5/24/07 | 25,792.75 | 290.97 |
| Other Promissory Note | 5/25/06-5/24/07 | 200,000.00 | 16,408.22 |
| Total Due | | 443,792.75 | 20,221.15 |
| Grand Total Prin & Int | | | 464,013.90 |