| | |
|---|---|
| **From:** | Crain, Christopher [CCrain@HLHZ.com] |
| **Sent:** | Tuesday, October 02, 2007 10:11 AM |
| **To:** | Kenneth Wasik |
| **Cc:** | dmoran@FarrellFritz.com; Steven B. Feigenbaum |
| **Subject:** | Fram Series A Shares |

Ken,
As provided by the letter to you from the Fram Series A Representatives dated September 21, 2007, the Series A Representatives have decided to exercise their right to withdraw the offer to purchase your Fram Series A stock. Therefore, they will not sign the Stock Purchase Agreement sent to you with that letter. As a consequence, HLHZ Investments LLC will deposit the check dated August 7, 2007 that you delivered and apply the money to the principal and interest owing by you under the promissory notes you issued in May and June 2006.

Best regards,
Christopher

Christopher Crain
Senior V.P. & General Counsel
Houlihan Lokey Howard & Zukin
1930 Century Park West
Los Angeles, CA 90067
Phone: 310-788-5262
Fax: 310-789-5700
E-mail: ccrain@hlhz.com

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.

10/18/2007