| | |
|---|---|
| **From:** | Crain, Christopher [CCrain@HLHZ.com] |
| **Sent:** | Wednesday, October 10, 2007 12:50 PM |
| **To:** | Kenneth Wasik |
| **Cc:** | Moran, Domenique Camacho; Steven B. Feigenbaum |
| **Subject:** | Promissory Notes |

Ken,

As indicated in my e-mail to you on October 2, 2007, we attempted to cash the check dated August 7, 2007 that you sent to us to apply to payment of principal and interest on the loans made to you to enable you to purchase Fram Holdings, Inc. stock. However, when our bank submitted the check to your bank, your bank indicated that a "stop payment" had been placed on the check. We assume that this was an error of some kind. Please let us know if you will remove the stop payment or if you will send a new check to pay the amounts due on the notes. If, in fact, you intentionally placed the stop payment on the check and do not intend to repay the notes at this time, we would appreciate your letting us know.

Thanks,
Christopher

Christopher Crain
Senior V.P. & General Counsel
Houlihan Lokey Howard & Zukin
1930 Century Park West
Los Angeles, CA 90067
Phone: 310-788-5262
Fax: 310-789-5700
E-mail: ccrain@hlhz.com

This e-mail message and any attachments are for the sole use of the intended recipient(s) and may contain confidential information. If you are not an intended recipient, or an intended recipient's authorized agent, you are hereby notified that any dissemination, distribution or copying of this e-mail message or any attachments is strictly prohibited. If you have received this message in error, please notify the sender by reply e-mail and delete this e-mail message and any attachments from your computer system.