**HLHZ Investments, LLC**
**N/P - Ken Wasik**
**As of October 24, 2007**

| Description | Period | Principal | Interest |
|---|---|---|---|
| FRAM A Note | 4/1/07-10/24/07 | 230,000.00 | 11,465.33 |
| FRAM B Note | 4/1/07-10/24/07 | 25,792.75 | 938.86 |
| Other Promissory Note | 5/25/06-10/24/07 | 200,000.00 | 23,256.16 |
| **Total Due** | | **455,792.75** | **35,660.35** |
| **Grand Total Prin & Int** | | | **491,453.10** |
| Payment wired 10/23/07 | $ 61,060.00 | 25,399.65 | (35,660.35) |
| **Total Balance Owing:** | | **$ 430,393.10** | |
| FRAM A Note Principal | | 230,000.00 | |
| FRAM B Note Principal | | 25,792.75 | |
| Other Promissory Note Principal | | 174,600.35 | |
| | | **$ 430,393.10** | |