```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HOULIHAN, LOKEY, HOWARD & ZUKIN, INC.  :
and HLHZ INVESTMENTS, LLC              :     07 Civ. 7030 (SHS)
                                       :
                 Plaintiffs,           :     ORDER
                                       :
         -against-                     :
                                       :
KENNETH A. WASIK,                      :
                                       :
                 Defendant.            :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for plaintiff and defendants present,

IT IS HEREBY ORDERED that:

1. The last day for depositions will be April 11, 2008;

2. The last day for discovery will be May 9, 2008;

3. A mid-discovery status conference will be held on March 28, 2008, at 10:00 a.m.

Dated: New York, New York
       December 14, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

1