```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HOULIHAN, LOKEY, HOWARD & ZUKIN,   :   07 Civ. 7030 (SHS)
INC., *ET ANO*,
                                   :
         Plaintiffs,
                                   :
     -against-                         ORDER
                                   :
KENNETH A. WASIK,
                                   :
         Defendant.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The parties having notified the Court that this action has settled,

IT IS HEREBY ORDERED that:

1. In light of the settlement, this action is dismissed without prejudice to its renewal if the terms of the settlement agreement are not effectuated; and

2. Plaintiffs' motion for partial summary judgment [14] is dismissed as moot.

Dated: New York, New York
       February 5, 2008

                              SO ORDERED:

                              _____
                              Sidney H. Stein, U.S.D.J.